Jon S. Allin — SBN 155069
SCHWARZKOPF & ALLIN
1545 River Park Drive, Suite 509
Sacramento, California 95815
Telephone: (916) 925-6000
Fax: (916) 925-6041

Attorneys for Plaintiffs
Jose A. Lopez and Diana Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose A. Lopez and Diana Lopez,<br><br>                          Plaintiffs,<br><br>v.<br><br>Liberty Mutual Fire Insurance Company, et al.,<br><br>                          Defendants. | No. Civ. S-04-1447 MCE GGH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COMPLETING NON-EXPERT DISCOVERY** |
| And Related Counterclaim. | |

      Plaintiff Jose A. Lopez, Sr., plaintiff Diana Lopez, and defendant Liberty Mutual Fire Insurance Company, by and through their attorneys, stipulate as follows:

      The parties agree that good cause exists to extend time for completing non-expert discovery for 30 days.

      Under the existing scheduling order, non-expert discovery is to be completed by June 6, 2005. There have been no previous extensions of time. The requested extension is not expected to interfere with any other dates in the existing scheduling order.

///

///

- 1 -

1  The extension of time is needed to accommodate counsel's and witnesses' availability in
2  scheduling depositions, including defense counsel's unavailability due to a trial starting on May
3  9, 2005.

4  Dated: April 25, 2005           SCHWARZKOPF & ALLIN

              s/Jon S. Allin
6          By_____
              Jon S. Allin
7             Attorneys for Plaintiffs
              Jose A. Lopez and Diana Lopez

9  Dated: April 25, 2005           ROPERS, MAJESKY, KOHN & BENTLEY

              s/Pamela E. Cogan
11         By_____
              Pamela E. Cogan
12            Robert M. Forni, Jr.
              Attorneys for Defendant
13            Liberty Mutual Fire Insurance Company

### ORDER

16  IT IS ORDERED that all discovery, with the exception of expert discovery, shall be
17  completed by July 6, 2005.

18  Dated: April 27, 2005

              _____
              MORRISON C. ENGLAND, JR
              UNITED STATES DISTRICT JUDGE