PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, CA 94063
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:  pcogan@ropers.com
         rforni@ropers.com

Attorneys for Defendant and Counterclaimant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. LOPEZ and DIANA LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, JOSE A. LOPEZ, JR., and DOES 1-20,<br><br>    Defendant.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Counterclaimant,<br><br>    v.<br><br>JOSE A. LOPEZ, DIANA LOPEZ, and JOSE A. LOPEZ, JR.,<br><br>    Counter-Defendants. | CASE NO. CIV-S-04-1447 MCE (GGH)<br><br>**STIPULATION AND ORDER RE: FILING OF AMENDED COUNTERCLAIM [L.R. 83-143]**<br><br>Honorable Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs/counter-defendants JOSE A. LOPEZ and DIANA LOPEZ and defendant/counterclaimant LIBERTY MUTUAL FIRE INSURANCE COMPANY, through their respective attorneys of record, that defendant and counterclaimant may file an Amended Counterclaim in this action, a copy of which is attached hereto as Exhibit "A."

RC1/373300.1/RMF - 1 -

**IT IS FURTHER STIPULATED AND AGREED** that plaintiffs/counter-defendants waive notice and service of the Amended Counterclaim and shall not be required to reply to the Amended Counterclaim, and that all denials, objections, responses and affirmative defenses contained in the reply filed by plaintiffs/counter-defendants to the original Counterclaim shall be, and hereby are, responsive to the Amended Counterclaim.

**IT IS SO STIPULATED.**

Dated: April \_\_\_\_\_, 2005        SCHWARZKOPF & ALLIN

By: _____
JON S. ALLIN
Attorneys for Plaintiffs and Counterdefendants,
JOSE A. LOPEZ and DIANA LOPEZ

Dated: April \_\_\_\_\_, 2005        ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant and Counterclaimant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY

**ORDER**

**IT IS SO ORDERED.**

Dated: May 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE