PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, CA 94063
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:          pcogan@ropers.com
                rforni@ropers.com

Attorneys for Defendant and Counterclaimant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. LOPEZ and DIANA LOPEZ, | CASE NO. CIV-S-04-1447 MCE (GGH) |
| Plaintiff, | **STIPULATION AND ORDER RE: COUNTER-DEFENDANTS CASEY BEGLEY AND MARDIERON MCCORMICK [L.R. 83-143]** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, JOSE A. LOPEZ, JR., and DOES 1-20, | Honorable Morrison C. England, Jr. |
| Defendant. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| JOSE A. LOPEZ, DIANA LOPEZ, JOSE A. LOPEZ, JR., CASEY BEGLEY, and MARDIERON MCCORMICK, by and through his guardian *ad litem*, | |
| Counter-Defendants. | |

**WHEREAS**, defendant and counterclaimant LIBERTY MUTUAL FIRE INSURANCE

COMPANY ("Liberty Mutual") issued a LibertyGuard Deluxe Homeowners Policy, policy

number H32-268-165102-102 4 (hereinafter "Liberty Mutual Policy") to counter-defendants

///

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

JOSE A. LOPEZ and DIANA LOPEZ, which was in effect between May 1, 2002 and May 1, 2003;

WHEREAS, on or about October 23, 2003, counter-defendants CASEY BEGLEY and MARDIERON MCCORMICK, by and through his guardian *ad litem*, filed suit against counter-defendants JOSE A. LOPEZ and JOSE A. LOPEZ, JR. in the Superior Court for Yolo County for damages arising from the death of Winston McCormick on or about October 26, 2002 (hereinafter the "Underlying Action");

WHEREAS, counter-defendants DIANA LOPEZ and JOSE A. LOPEZ have since filed suit against Liberty Mutual in the above-captioned action, Case No. CIV-S-04-1447 MCE, pending before the U. S. District Court for the Eastern District of California, alleging, among other things, that justiciable issues and an actual controversy, within the meaning of 28 U.S.C. § 2201, now exist between Liberty Mutual and JOSE A. LOPEZ, DIANA LOPEZ and JOSE A. LOPEZ, JR. concerning Liberty Mutual's obligation to defend and indemnify JOSE A. LOPEZ and JOSE A. LOPEZ, JR. in the Underlying Action under the Liberty Mutual Policy;

WHEREAS, Liberty Mutual has filed a First Amended Counterclaim for Declaratory Judgment ("Amended Counterclaim") against counter-defendants DIANA LOPEZ, JOSE A. LOPEZ, JOSE A. LOPEZ, JR., CASEY BEGLEY and MARDIERON MCCORMICK, by and through his guardian *ad litem*, in the above-captioned action, alleging, among other things, that justiciable issues and an actual controversy, within the meaning of 28 U.S.C. § 2201, now exist between Liberty Mutual and counter-defendants concerning Liberty Mutual's obligation to defend and indemnify JOSE A. LOPEZ and JOSE A. LOPEZ, JR. in the Underlying Action under the Liberty Mutual Policy;

WHEREAS, counter-defendant MARDIERON MCCORMICK is a minor, and counter-defendant CASEY BEGLEY is willing to act as his guardian *ad litem* in the above-captioned action, as appears from her appointment as his guardian *ad litem* for the purpose of bringing action against counter-defendants JOSE A. LOPEZ and JOSE A. LOPEZ, JR., among others, in the Underlying Action, and no petition for appointment of another guardian *ad litem* has been filed in the above-captioned action or the Underlying Action; and

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

**IT IS HEREBY STIPULATED AND AGREED** by and between counter-defendants CASEY BEGLEY and MARDIERON MCCORMICK, by and through his guardian *ad litem*, and Liberty Mutual, by and through their respective attorneys of record, as follows:

1. In consideration for not having to reply to the Amended Counterclaim and appear in the above-captioned action, other than as directed by the Court, Counter-defendants CASEY BEGLEY and MARDIERON MCCORMICK, by and through his guardian *ad litem*, agree to be bound by, and not to challenge, the judgment(s) entered, and any and all coverage determinations rendered, by the Court regarding Liberty Mutual's obligation to defend and indemnify JOSE A. LOPEZ and JOSE A. LOPEZ, JR. in the Underlying Action under the Liberty Mutual Policy.

2. In further consideration for not having to reply to the Amended Counterclaim and appear in the above-captioned action, Counter-defendants CASEY BEGLEY and MARDIERON MCCORMICK, by and through his guardian *ad litem*, shall, and hereby, waive any and all rights or obligations to participate in the above-captioned action or Amended Counterclaim in any capacity, other than as percipient witnesses, except as otherwise ordered by the Court.

3. The parties to this stipulation and agreement shall bear their own attorney's fees and costs of suit incurred or paid in connection with the above-captioned action, without prejudice to their rights to recover said fees and costs from counter-defendants DIANA LOPEZ, JOSE A. LOPEZ and JOSE A. LOPEZ, JR., to the extent authorized or provided by law.

4. Liberty Mutual agrees to notify counsel of record for counter-defendants CASEY BEGLEY and MARDIERON MCCORMICK of the status of the Amended Counterclaim, upon reasonable request of same, or as directed by the Court.

5. This stipulation and agreement applies and shall be enforceable against all agents, heirs, successors, assigns and attorneys of counter-defendants CASEY BEGLEY and MARDIERON MCCORMICK.

///

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

6. This stipulation and agreement applies, and shall be effective, in the event that:

    a. the District Court remands the above-captioned action to the Superior Court of Sacramento County, in which counter-defendants DIANA LOPEZ and JOSE A. LOPEZ originally filed suit against Liberty Mutual;

    b. Counter-defendant MARDIERON MCCORMICK reaches the age of majority before or after any judgment is entered in the above-captioned action; and

    c. another guardian *ad litem* is appointed to protect or enforce the rights and interests of counter-defendant MARDIERON MCCORMICK in the above-captioned action, the Underlying Action, or any other action, claim, lawsuit, or legal proceeding of any kind.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated: May _____, 2005                    LAW OFFICES OF DWIGHT M. SAMUEL


                                          By:_____
                                             DWIGHT M. SAMUEL
                                             Attorneys for Counter-defendants,
                                             CASEY BEGLEY and MARDIERON
                                             MCCORMICK, by and through his guardian
                                             *ad litem*


Dated: May _____, 2005                    ROPERS, MAJESKI, KOHN & BENTLEY


                                          By:_____
                                             PAMELA E. COGAN
                                             ROBERT M. FORNI, JR.
                                             Attorneys for Defendant and Counterclaimant,
                                             LIBERTY MUTUAL FIRE INSURANCE
                                             COMPANY


          **IT IS SO ORDERED.**          **ORDER**
          Dated:  June 21, 2005

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE