1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JOSE A. LOPEZ and DIANA        No. CIV-S-04-1447 MCE/GGH
    LOPEZ,
12
                Plaintiffs,
13
           v.                      **ORDER RE: SETTLEMENT AND**
14                                 **DISPOSITION**
    LIBERTY MUTUAL FIRE
15  INSURANCE COMPANY; JOSE A.
    LOPEZ, JR. and MARDIERON
16  SILAS MCCORMICK,

17                Defendants.
    _____/
18

19       Pursuant to the representations of the attorney for

20  plaintiffs, the court has determined that this case is settled.

21       In accordance with the provisions of Local Rule 16-160,

22  dispositional documents are to be filed on or before July 22,

23  2005.

24  ///

25  ///

26  ///

27  ///

28  ///

1       Failure to comply with this order may be grounds for the

2   imposition of sanctions on any and all counsel as well as any

3   party or parties who cause non-compliance with this order.

4   IT IS SO ORDERED.

5   DATED: July 5, 2005

6

7

8                                             MORRISON C. ENGLAND, JR

9                                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28