PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@ropers.com
rforni@ropers.com

Attorneys for Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. LOPEZ and DIANA LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, JOSE A. LOPEZ, JR., and DOES 1-20,<br><br>Defendant.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Counterclaimant,<br><br>v.<br><br>JOSE A. LOPEZ, DIANA LOPEZ, JOSE A. LOPEZ, JR., CASEY BEGLEY, and MARDIERON MCCORMICK, by and through his Guardian *ad Litem*,<br><br>Counter-Defendants. | CASE NO. CIV-S-04-1447 MCE (GGH)<br><br>**STIPULATION AND ORDER RE: SETTLEMENT AND DISPOSITION** |

**WHEREAS**, the settlement reached in this matter on June 24, 2005 between plaintiffs JOSE A. LOPEZ and DIANA LOPEZ and defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY is conditioned on the approval of the Minor's Compromise filed on behalf of MardieRon McCormick, by and through his guardian *ad litem*, in the civil action entitled *Casey*

- 1 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1 *Begley and Mardieron McCormick, by and through his Guardian ad Litem v. Jose Alfredo Lopez,*
2 *Jr., Jose Alfredo Lopez, Sr., Cottonwood Gun Club, Strum, Ruger & Co. Inc., Ruger Firearms*,
3 Case No. CV03-1993, now pending in the Superior Court of the State of California, in and for the
4 County of Yolo;

5     **WHEREAS**, counsel for MardieRon McCormick only recently filed the Minor's
6 Compromise, and it is not set to be heard until August 18, 2005;

7     **IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for plaintiffs
8 JOSE A. LOPEZ and DIANA LOPEZ and defendant LIBERTY MUTUAL FIRE INSURANCE
9 COMPANY, that, in accordance with the provisions of Local Rule 16-160, dispositional
10 documents shall be filed in this action on or before August 31, 2005.

11     **IT IS SO STIPULATED**.

12 Dated: July 20, 2005      SCHWARZKOPF & ALLIN

14      By: /s/
15      JON S. ALLIN
     Attorney for Plaintiffs,
16      JOSE A. LOPEZ and DIANA LOPEZ

17 Dated: July 21, 2005      ROPERS, MAJESKI, KOHN & BENTLEY

19      By: /s/
20      PAMELA E. COGAN
     ROBERT M. FORNI, JR.
21      Attorneys for Defendant, LIBERTY MUTUAL
     FIRE INSURANCE COMPANY

22     **ORDER**

23      The foregoing stipulation is approved, and is so **ORDERED**. Accordingly, the order of
24 July 5, 2005 is **VACATED**.

25 Dated: July 27, 2005

26      _____
27      MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City