PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@ropers.com
rforni@ropers.com

Attorneys for Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. LOPEZ and DIANA LOPEZ, | CASE NO. CIV-S-04-1447 MCE (GGH) |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, JOSE A. LOPEZ, JR., and DOES 1-20, | |
| Defendant. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| JOSE A. LOPEZ, DIANA LOPEZ, JOSE A. LOPEZ, JR., CASEY BEGLEY, and MARDIERON MCCORMICK, by and through his Guardian *ad Litem*, | |
| Counter-Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs and counter-defendants JOSE A. LOPEZ and DIANA LOPEZ and defendant and counter-claimant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual"), by and through their respective counsel of record herein, that the above-captioned Complaint by plaintiffs JOSE A. LOPEZ and

- 1 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

DIANA LOPEZ and Counterclaim by Liberty Mutual as against plaintiffs and counter-defendants JOSE A. LOPEZ and DIANA LOPEZ shall be and hereby are dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated:  August 31, 2005              SCHWARZKOPF & ALLIN


By:       /s/ Jon S. Allin
    JON S. ALLIN
    Attorneys for Plaintiff,
    JOSE A. LOPEZ and DIANA LOPEZ


Dated:  August 30, 2005              ROPERS, MAJESKI, KOHN & BENTLEY


By:       /s/ Pamela E. Cogan
    PAMELA E. COGAN
    ROBERT M. FORNI, JR.
    Attorneys for Defendant and Counter-claimant,
    LIBERTY MUTUAL FIRE INSURANCE COMPANY

**<u>ORDER</u>**

The foregoing stipulation is approved, and is so **ORDERED**.

Dated:  September 13, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE